IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton                          [X] East St. Louis

[ ] Initial Appearance        [ X ] Preliminary Hearing        [ X ] Detention Hearing

| | |
|---|---|
| **CRIMINAL NO.**    15-MJ-3055-DGW | **DATE**:    4/10/15 |
| U.S.A. vs. SHANE L. SCHLAEFER | **JUDGE**:    CLIFFORD J. PROUD |
| [ X ] Present    [ X ] Custody    [ ] Bond | **DEPUTY**:    CHERYL RITTER |
| **DEFT. COUNSEL:**  JOE BROWN & CHRIS THRELKELD | **REPORTER:**  MOLLY CLAYTON |
| [ X ] Present   [ ] Apptd.   [ X ] Retained   [ ] Waived | |
| **GOVT. COUNSEL**: ALI SUMMERS | **TIME**:    10:30 AM – 11:00 AM |

[ X ] Defendant executes Waiver of Preliminary Hearing and acknowledges the waiver in open court.
[ X ] Court finds probable cause.
[ X ] Argument presented on the government's Motion for Detention.
[ X ] Court grants the government's motion and orders defendant detained pending further proceedings.
[ X ] Defendant remanded to the custody of the U.S. Marshal.
[   ] Order of Detention previously entered to remain in full force and effect.

_____
_____

*[   ] No further notice will be given